# Court of Appeals
## Tenth Appellate District of Texas

10-26-00071-CV

In re J.C., a Juvenile

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for a writ of mandamus filed by Bobby Kirby is dismissed as moot. *See* TEX. R. APP. P. 52.8. Kirby's motion for emergency relief is dismissed as moot.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: March 5, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed as moot
OT06

